In the Matter of ALEXIS C.R. and Others. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; VICTOR C., Appellant.

Submitted May 10, 2010; decided June 15, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.